No. 84–5173. ROBERTS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.